## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:

**Gregory W Behrens**

Debtor(s)

Case Number: **11-00073-PCW**

Chapter: **13**

**ORDER OF DISMISSAL**

THIS MATTER came on for hearing before the Honorable Patricia C. Williams on April 6, 2011 on the confirmation of the Chapter 13 Plan. The Court reviewed the files and records herein, heard argument of the parties and was fully advised in the premises.

IT IS HEREBY ORDERED that cause exists and the above-referenced Chapter 13 case is hereby DISMISSED.

*/s/ Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

04/07/2011 10:17:09